E-Filed: **9/29/09**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARNOLDO RUIZ** ) | **CASE NO. CV 09-6460-GHK (CTx)** |
| )  **Plaintiff,** ) | |
| ) | **JUDGMENT** |
| **v.** ) | |
| ) | |
| **GREENPOINT MORTGAGE FUNDING, INC., ET AL.** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Based on our September 29, 2009 Order granting Defendant GMAC Mortgage, LLC's Motion to Dismiss against Plaintiff, **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Notice of Pendency of Action **SHALL be EXPUNGED**. Defendant is **AWARDED** attorneys' fees in the amount of $1,440.00.

**IT IS SO ORDERED**.

DATED: September 29, 2009

_____
GEORGE H. KING
United States District Judge