E-FILED 11-30-09

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARNOLDO RUIZ** ) | **CASE NO. CV 09-6460-GHK (CTx)** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGMENT** |
| **v.** ) | |
| ) | |
| **GREENPOINT MORTGAGE** ) | |
| **FUNDING, INC., ET AL.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| _____ ) | |

Based on our November 30, 2009 Order granting Defendants GreenPoint Mortgage Funding, Inc. and Marin Conveyancing Corporation's Motion to Dismiss against Plaintiff Arnoldo Ruiz ("Plaintiff"), **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED with prejudice**.

   **IT IS SO ORDERED**.

DATED: November 30, 2009

_____
GEORGE H. KING
United States District Judge